IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02444-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LEROY W. BAKER,

    Plaintiff,

v.

OFFICER HILLYER, Officer Sterling Correctional Facility,
OFFICER ROSE, Officer Sterling Correctional Facility,
OFFICER RHOSE, Officer Sterling Correctional Facility, and
ALL OTHER UNIDENTIFIED EMPLOYEES RESPONSIBLE FOR THE TAKING OF
    PROPERTY WITHOUT JUST COMPENSATION,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Leroy W. Baker, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at Sterling Correctional Facility in Sterling, Colorado.  Plaintiff initiated this action by filing *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   Motion submitted is not the most current form
(2)   ___   is missing affidavit
(3)   X   Is missing certified copy of prisoner's trust fund statement for the 6-month

|  |  |  |
|---|---|---|
|  |  | period immediately preceding this filing |
| (4) | __ | is missing certificate showing current balance in prison account |
| (5) | X | is missing authorization to calculate and disburse filing fee payments |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | other: |

**Complaint, Petition or Application**:
(8)   __   is not submitted
(9)   __   is not on proper form (must use the Court's current form)
(10)  __   is missing an original signature by the prisoner
(11)  __   is missing page nos. __
(12)  __   uses et al. instead of listing all parties in caption
(13)  __   names in caption do not match names in text
(14)  __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (Revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff is required to use current Court-approved forms when curing deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED:  September 4, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge